IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **GAYLE BROWN,** | ) |
| Plaintiff, | ) ) ) |
| vs. | ) JURY TRIAL REQUESTED ) ) |
| **W.G. WADE SHOWS, INC., a CORPORATION.** | ) ) ) ) |
| Defendant, | ) |

## COMPLAINT

COMES NOW the plaintiff, GAYLE BROWN, an individual, and files this Complaint and jury demand against the above-named defendant and alleges as follows:

### PARTIES

1. The plaintiff, GAYLE BROWN (hereinafter referred to as "Mrs. Brown"), an individual, is a resident citizen of Talladega County, Alabama and is over the age of nineteen (19) years.

2. The defendant, W.G. WADE SHOWS, INC. (hereinafter "W.G. WADE"), is a corporation incorporated under the laws of the States of Michigan and Florida, and engaged in commercial activity in the State of Alabama.

## VENUE AND JURISDICTION

3. Jurisdiction is founded under the provision of 28 U.S.C. §1332(a), et seq., which grants this court jurisdiction in civil actions on the basis of diversity of citizenship where the matter in controversy, exclusive of interests and costs, exceeds seventy-five thousand dollars ($75,000.00).

4. The Court has proper venue pursuant to 28 U.S.C.§1391(a).

## FACTS

5. W.G. Wade is an owner and operator of traveling carnivals. W.G. Wade owns and operates more than one-hundred (100) amusement rides, attractions, and control services.

6. W.G. Wade claims to have a qualified staff of managers, inspectors, and ride operators who inspect the equipment (presumably rides) prior to operating each day. W.G. Wade also claims that its insurance company hires an independent safety consultant to inspect its rides.

7. On or about September 5, 2010, Mrs. Brown was visiting a fair, with family, in Pelham, Alabama. The fair was operated by W.G. Wade and utilizing rides provided by W.G. Wade. One such ride that day was known as the "Sizzler." Connected to the "Sizzler" was an elevated platform allegedly for the purposes of rider ingress and egress. The platform was poorly lit, inadequately warned, and improperly guarded.

8. At said time and place, Mrs. Brown decided to ride the "Sizzler." Mrs. Brown waited in line with family for her turn on the "Sizzler." When it was Mrs. Brown's turn, a W.G. Wade employee allowed a large group of patrons to

step onto a platform that is part of the "Sizzler." The patrons were not directed to particular carts, but were left to scramble to find an empty cart. Mrs. Brown patiently searched for an empty cart. As she was searched, she stepped off of and was caused to fall from an unmarked, unguarded, and poorly lit portion of the Sizzler's platform. The platform was defective and contained obvious and hidden dangers.

9.  Mrs. Brown was a business invitee of said W.G. Wade Shows. At the time of the incident, Mrs. Brown was visiting W.G. Wade Shows when she was caused to fall from a ride's platform as a proximate result of a dangerous condition existing on or about its equipment. The fall caused Mrs. Brown to suffer an open right ankle fracture, permanent injury, pain, and suffering.

**GENERAL NEGLIGENCE OR WANTONNESS**

10.  W.G. Wade had a duty to not cause, allow, permit, or create a dangerous condition to exist on its property and equipment. The "Sizzler's" platform was defective and/or unreasonably dangerous to persons walking along said area, like Mrs. Brown.

11.  At the aforesaid time and place, W.G. Wade, by and through one of its employees or agents, negligently and wantonly caused, allowed, permitted, or created a dangerous condition to exist which caused Mrs. Brown to fall, resulting in her injuries.

12.  The actions of W.G. Wade proximately caused Mr. Brown's injuries and damages as hereinafter described.

**NEGLIGENT OR WANTON FAILURE TO MEET STANDARDS**

13. W.G. Wade had a duty to ensure that its property and equipment met all required and acceptable standards.

14. W.G. Wade breached its duty by not ensuring that is property and equipment met all required and acceptable standards. W.G. Wade's negligence and or wantonness created a defective and unreasonably dangerous condition. The defective and/or unreasonably dangerous condition was caused by the negligence, wantonness, carelessness or unskillfulness of some agent, officer or employee of W.G. Wade.

15. The actions of W.G. Wade proximately caused Mr. Brown's injuries and damages as hereinafter described.

**NEGLIGENT OR WANTON INSPECTION**

16. W.G. Wade had a duty to inspect or have its property and equipment inspected for defective and unreasonably dangerous conditions.

17. W.G. Wade negligently or wantonly failed to inspect or have the premises inspected for defective and dangerous conditions. W.G. Wade's actions resulted in a defective and unreasonably dangerous condition on its property and equipment.

18. The actions of W.G. Wade proximately caused Mr. Brown's injuries and damages as hereinafter described.

## FAILURE TO WARN

19. W.G. Wade had a duty to warn Mrs. Brown of the existence of any and all dangerous and/or unsafe conditions present on or about its property and equipment.

20. W.G. Wade negligently, willfully, recklessly and/or wantonly failed to warn Mrs. Brown of the dangerous and/or unsafe conditions on or about its equipment and property.

21. W.G. Wade, with knowledge that a dangerous and/or unsafe condition(s) existing in or around its property and equipment, allowed unreasonably dangerous or unsafe condition(s) to remain without taking reasonable and necessary steps to correct, remove, and/or warn Mrs. Brown of the unsafe condition(s). Such negligent, willful, reckless and/or wanton conduct was the direct and proximate cause of Mrs. Brown's injuries.

22. The actions of W.G. Wade proximately caused Mr. Brown's injuries and damages as hereinafter described.

## NEGLIGENT OR WANTON SUPERVISION

23. W.G. Wade had the duty and authority to supervise an efficient and hazard-free business establishment for business invitee's of W.G. Wade, like Mrs. Brown. W.G. Wade negligently or wantonly exercised said duty and supervisory control and said negligence or wanton conduct was a proximate cause of Mrs. Brown's injuries and damages.

24. The actions of W.G. Wade proximately caused Mr. Brown's injuries and damages as hereinafter described.

25. On or before the date of the occurrence made the basis of this lawsuit, W.G. Wade was guilty of negligent or wanton conduct and/or breached express or implied warranties or contracts and said negligent, wanton or wrongful conduct of said defendant was a proximate cause of Mrs. Brown's injuries as herein described.

As a result of W.G. Wade's actions, Mrs. Brown was injured and damaged as follows:

(a) She suffered an open right ankle fracture;

(b) She was caused to be permanently injured;

(c) She was caused to undergo surgery;

(d) She was caused and will be caused in the future to expend large sums of money in the nature of doctor, hospital, drug and other medical expenses in and about an effort to heal and cure her injuries;

(e) She was caused to be permanently unable to pursue many of her normal and usual activities; and

(f) She has suffered mental anguish and emotional distress due to her injuries.

WHEREFORE, Mrs. Brown demands judgment against the defendant, for both compensatory and punitive damages as a jury may assess after a fair and accurate consideration of the facts of this cause, together with interest from the date of injury, and the costs of this proceeding.

s/Michael C. Bradley
Michael Bradley ASB-2103-A64M
Attorney for Plaintiff
PITTMAN, DUTTON & HELLUMS, P.C.
2001 Park Place Tower
Birmingham, Alabama 35203
(205) 322-8880 Telephone
(205) 328-2711 Fax
E-mail: mikeb@pdkhlaw.com


s/J. Bradley Proctor
Attorney for Plaintiff ASB-736-R76J
PROCTOR & VAUGHN, LLC
201 North Norton Avenue
Sylacauga, Alabama 35150

Plaintiff demands a trial by struck jury in the hearing of this cause.

s/Michael C. Bradley
Attorney for Plaintiff

PLAINTIFF'S ADDRESS

21 Ironton Road
Apt. 106
Talladega, Alabama 35160


PLEASE SERVE DEFENDANTS VIA CERTIFIED MAIL AS FOLLOWS:

W.G. Wade Shows, Inc.
c/o Joan Celver
13103 Cypress Hill
Suite 118-A1
Hudson, FL 34669